IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-05016-RTG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

JOSE DE JESUS SAHAGUN ALERIANO,

Petitioner,

v.

JUAN BALTASAR, Aurora Detention Facility,

Respondent.

---

**ORDER DIRECTING PETITIONER TO CURE DEFICIENCY**

---

Petitioner, a detainee at an immigration detention facility in Aurora, Colorado, has filed *pro se* a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1)[1] and paid the filing fee (*see id.*). As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted document is deficient as described in this order. Petitioner will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Petitioner files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) __ is not submitted
(2) __ is missing affidavit
(3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) __ is missing authorization to calculate and disburse filing fee payments

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF).

(7) __ is missing an original signature by the prisoner
(8) __ is not on proper form
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) __ other:

**Complaint, Petition or Application**:
(11) __ is not submitted
**(12) X is not on proper form: must use the current court-approved Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form for the District of Colorado**
(13) **X is missing an original signature by the detainee**
(14) __ is missing page nos.
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
**(18) X other: Petitioner must submit a single, fully completed Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on the court-approved form as one document that contains all claims and supporting factual allegations.**

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Petitioner shall obtain (with the assistance of his case manager or the facility's legal assistant) the current court-approved Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies within the time allowed, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED October 13, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge